IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CELENA K. P., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br> Case No. 2:19-cv-586 <br><br> District Judge Clark Waddoups |

The undersigned referred this case to Chief Magistrate Judge Dustin B. Pead pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 14.) On February 19, 2021, Judge Pead issued a Report and Recommendation. (ECF No. 25.) Judge Pead recommends the Commissioner of Social Security's decision denying Plaintiff's claim for supplemental security income and disability insurance under Title XVI of the Social Security Act be affirmed. (ECF No. 25 at 1.)

In his Order, Judge Pead provided that "[w]ithin **fourteen (14)** days of being served a copy, any party may serve and file written objections." (ECF No. 25 at 8 (emphasis in original).) Neither party objected to Judge Pead's Report and Recommendation, so the court reviews the Report and Recommendation for clear error. *See Christie S. v. Saul*, No. 2:18-CV-397, 2019 WL 4344371, at *1 (D. Utah Sept. 12, 2019) (citing Fed. R. Civ. P. 72(b) advisory committee's note (1983)).

Having carefully considered Judge Pead's Report and Recommendation, the court finds no clear error. The court therefore ADOPTS Judge Pead's Report and Recommendation and DENIES Plaintiff's appeal. The Clerk of Court is directed to close this case.

x

DATED this 31st day of March, 2021.

BY THE COURT:

_____

JUDGE CLARK WADDOUPS
United States District Court